BEFORE THE FIRST DIVISION, MARCH 21, 1966

**No. P66/1.**—Levin Bros., Inc., et al. *v.* United States, protests 64/19917, etc. (New York).

OLIVER, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of plastic paperweights similar in all material respects to those the subject of *Ace Importing Co., Inc.* v. *United States* (50 Cust. Ct. 226, Abstract 67488), the claim of the plaintiffs was sustained.

BEFORE THE FIRST DIVISION, MARCH 24, 1966

**No. P66/2.**—Weather-Rite Sportswear Co., Inc. *v.* United States, protests 61/1941(B), etc. (New York).

NICHOLS, J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MARCH 29, 1966

**No. P66/3.**—Gallagher & Ascher Company *v.* United States, protest 65/8661–14920 (Chicago).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of lock cylinders with keys similar in all material respects to those the subject of *Gallagher & Ascher Company* v. *United States* (54 Cust. Ct. 141, C.D. 2522), the claim of the plaintiff was sustained.

**No. P66/4.**—Levin Bros. et al. *v.* United States, protests 58/9864, etc. (New York).

RAO, C.J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rubber bulb horns similar in all material respects to those the subject of *Sherwin International, Inc.* v. *United States* (54 Cust. Ct. 466, Abstract 69382), the claim of the plaintiffs was sustained.